## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 09-cr-00466-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTONIO FUENTES SANTIAGO,

    Defendant,

and

FRESENIUS MANAGEMENT SERVICES, INC.,

    Garnishee.

## GARNISHEE ORDER

This matter is before the Court on the Government's Motion for entry of Garnishee Order (Doc. # 127). The Court having reviewed the motion, and for good cause appearing, it is hereby

ORDERED that Garnishee Fresenius Management Services, Inc. shall, each pay period, pay 25% of Defendant Santiago's disposable wages to the United States, and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

      Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

> Clerk of the Court
> 901 19th Street, A-105
> Denver, CO 80294

Please include the following information on each check:

    Name of Defendant:    Antonio Santiago

    Court Number:    09-CR-000466

DATED this __13th__ day of December, 2012

                                              BY THE COURT:

_\[signature: Christine M Arguello\]_

_____
CHRISTINE M. ARGUELLO
United States District Judge